**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mt. Real Estate Investments, Inc.,<br>Plaintiff(s),<br>v.<br>U.S. Department of Housing and Urban Development,<br>Defendant(s). | Case No. 2:26-cv-02755-NJK[1]<br>**ORDER** |

In light of the notice showing that Defendants Nationstar and Mortgage Electronic Registration Systems were dismissed in state court before removal, Docket No. 5, the Court INSTRUCTS the Clerk's Office to update the docket to reflect that these defendants have been dismissed.

IT IS SO ORDERED.

Dated: October 5, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Gen. Order 2023-11.